MATHEWS, LINDA

Claim 000005, Payment 7.58%
Acct. 0585 Visa

08-13061

**BANK OF AMERICA, N.A.**   CHECK NUMBER

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX
0

**1011**

| DATE | AMOUNT |
|---|---|
| 05/09/11 | *********527.85 |

1906948

PAY TO THE ORDER OF

United States Bankruptcy Court
LA
500 Poydras Street B-601
New Orleans, LA 70130

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-13061   B   Debtor: MATHEWS, LINDA | |

*Five Hundred Twenty Seven Dollars And 85/100*

Barbara Rivera-Fulton

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈0010011⑈ ⑆111000012⑆ 4437860482⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 228524    - JN
* * C O P Y * *
May 10, 2011
14:23:24

TREASURY REGFUND
08-13061

Debtor.: LINDA MATHEWS
Trustee: Barbara Rivera-Fulton
Amount.:           $527.85 CH
Check#.: 1011

Total-> $527.85

FROM: RIVERA FULTON

5/10/11
DEPOSITED TO 6047 BK

DUE:
CENTRAL PROGRESSIVE
BANK

BK #16
CV.